```
                            United States Bankruptcy Court
                                  District of Nevada
In re:                                                            Case No. 18-50240-btb
RANDALL M. GLASGOW, JR.                                           Chapter 7
CARRIE R. JACOBSON
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0978-3          User: admin              Page 1 of 2        Date Rcvd: Mar 09, 2018
                              Form ID: 309A            Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.
```
db/jdb         +RANDALL M. GLASGOW, JR.,    CARRIE R. JACOBSON,    1662 VICTORIAN AVENUE, APT. 26,
                 SPARKS, NV 89431-4821
10369975       +CHECK INTO CASH,    2519 COFFEE ROAD, SUITE 101,    Modesto, CA 95355-2056
10369976       +CHECK INTO CASH, INC.,    2020 STANDIFORD AVE.,    Modesto, CA 95350-6533
10369980        DEPT OF CHILD SUPPORT SERVICES,    P. O. BOX 4189,    Modesto, CA 95352-4189
10369981       +FAST AUTO AND PAYDAY LOANS,    201 MCHENRY AVENUE, #A,    Modesto, CA 95354-0543
10369982       +GARY DEAN LOBEL, ESQ.,    1150 N. MAGNOLIA AVE.,    Anaheim, CA 92801-2605
10369983       +GRACE M. DAVIS HIGH SCHOOL,    1200 W. RUMBLE ROAD,    Modesto, CA 95350-2198
10369986       +PACIFIC GAS AND ELECTRIC,    425 MARKET STREET,    San Francisco, CA 94105-2532
10369987       +PLAZA SERVICES,    110 HAMMOND DRIVE,    Atlanta, GA 30328-4806
10369988       +RONALD J. GREEN, ESQ.,    1150 N. MAGNOLIA AVE.,    Anaheim, CA 92801-2605
10369989       +SACRAMENTO SHERIFF'S DEPARTMENT,    ATTN: OFFICER SCOTT JONES,    3341 POWER INN ROAD, RM 313,
                 Sacramento, CA 95826-3835
10369990        SHIAO-WEN HUANG, ESQ.,    1150 N. MAGNOLIA AVE.,    Anaheim, CA 92801-2605
10369991        STANISLAUS COUNTY FAMILY SUPPORT,    108 CAMPUS WAY,    Modesto, CA 95350-5803
10369992       +STANISLAUS CREDIT CONTROL,    914 14TH STREET,    P. O. BOX 480,    Modesto, CA 95353-0480
10369994       +U.S. DEPARTMENT OF EDUCATION,    P.O. BOX 5609,    Greenville, TX 75403-5609
10369995        US DEPT ED/AFSA,    P. O. BOX 7202,    Utica, NY 13504-7202
10369996        VERIZON WIRELESS,    P. O. BOX 650051,    Dallas, TX 75265-0051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: marybethgardner@hotmail.com Mar 10 2018 01:44:22      MARY BETH GARDNER,
                 620 EAST PLUMB LANE, #210,    RENO, NV 89502
tr             +EDI: QJCOPPAKNUDSON.COM Mar 10 2018 06:33:00      JERI COPPA-KNUDSON,    3495 LAKESIDE DR,
                 PMB #62,    RENO, NV 89509-4841
ust             E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 10 2018 01:44:40     U.S. TRUSTEE - RN - 7,
                 300 BOOTH STREET, STE 3009,    RENO, NV 89509-1362
10369973        EDI: BANKAMER2.COM Mar 10 2018 06:33:00      BANK OF AMERICA,    BANKRUPTCY DEPARTMENT,
                 475 CROSS POINT PKWY,    P. O. BOX 9000,    Getzville, NY 14068-9000
10369974       +E-mail/Text: BKNotices@medamerica.com Mar 10 2018 01:45:10
                 CALIF EMERGENCY PHYSICIANS MED, GRP.,    1601 CUMMINS DRIVE,    Modesto, CA 95358-6403
10369977        E-mail/Text: khorner@checkintocash.com Mar 10 2018 01:45:09      CHECK INTO CASH, INC.,
                 P. O. BOX 550,    Cleveland, TN 37364-0550
10369978       +Fax: 602-659-2196 Mar 10 2018 02:25:45      CHEX SYSTEMS, INC.,    7805 HUDSON ROAD, SUITE 100,
                 Saint Paul, MN 55125-1703
10369979       +E-mail/Text: compliance@contractcallers.com Mar 10 2018 01:45:21      CONTRACT CALLERS, INC.,
                 501 GREENE ST., SUITE 302,    Augusta, GA 30901-4415
10369971       +EDI: IRS.COM Mar 10 2018 06:33:00      INTERNAL REVENUE SERVICE,    ATTN:BANKRUPTCY DEPARTMENT,
                 STOP 5028,    110 CITY PARKWAY,    Las Vegas, NV 89106-6085
10369984       +E-mail/Text: BKnotice@LobelFinancial.com Mar 10 2018 01:44:46      LOBEL FINANCIAL,
                 P. O. BOX 3000,    Anaheim, CA 92803-3000
10369985       +E-mail/Text: BKnotice@LobelFinancial.com Mar 10 2018 01:44:46      LOBEL FINANCIAL CORP.,
                 1150 N. MAGNOLIA AVENUE,    Anaheim, CA 92801-2605
10369972        E-mail/Text: tax-bankruptcy@tax.state.nv.us Mar 10 2018 01:44:55      NEVADA DEPT. OF TAXATION,
                 555 E. WASHINGTON ST., #1300,    Las Vegas, NV 89101-1046
10369970       +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 10 2018 01:44:40      UNITED STATES TRUSTEE,
                 300 BOOTH STREET,    Reno, NV 89509-1360
10369993        EDI: USBANKARS.COM Mar 10 2018 06:33:00      U.S. BANK,    BANKRUPTCY/RECOVERY DEPT,
                 P. O. BOX 5229,    Cincinnati, OH 45201
10369997       +EDI: WFFC.COM Mar 10 2018 06:33:00      WELLS FARGO BANK,    BANKRUPTCY DEPARTMENT,
                 P.O. BOX 3908,    Portland, OR 97208-3908
                                                                                               TOTAL: 15

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                  Signature:  /s/Joseph Speetjens

```
District/off: 0978-3           User: admin              Page 2 of 2             Date Rcvd: Mar 09, 2018
                               Form ID: 309A            Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
NONE.                                                                                                       TOTAL: 0

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **RANDALL M. GLASGOW JR.** | Social Security number or ITIN | xxx–xx–0304 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **CARRIE R. JACOBSON** | Social Security number or ITIN | xxx–xx–5648 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Nevada** | | Date case filed for chapter 7    3/8/18 | |
| Case number:    18–50240–btb | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | RANDALL M. GLASGOW JR. | CARRIE R. JACOBSON |
| 2. | **All other names used in the last 8 years** | aka RANDY MICHAEL GLASGOW, aka RANDALL M. JACOBSON, aka RANDY GLASGOWJACOBSON, aka RANDY JACOBSONGLASGLOW | |
| 3. | **Address** | 1662 VICTORIAN AVENUE, APT. 26 SPARKS, NV 89431 | 1662 VICTORIAN AVENUE, APT. 26 SPARKS, NV 89431 |
| 4. | **Debtor's attorney** Name and address | MARY BETH GARDNER 620 EAST PLUMB LANE, #210 RENO, NV 89502 | Contact phone (775) 329–7979 Email marybethgardner@hotmail.com |
| 5. | **Bankruptcy trustee** Name and address | JERI COPPA–KNUDSON 3495 LAKESIDE DR PMB #62 RENO, NV 89509 | Contact phone (775) 329–1528 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **RANDALL M. GLASGOW JR.** and **CARRIE R. JACOBSON** Case number **18–50240–btb**

| 6. | **Bankruptcy clerk's office** | 300 Booth Street<br>Reno, NV 89509 | Office Hours 9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone (775) 326–2100<br><br>Date: 3/8/18 |
| 7. | **Meeting of creditors** | **April 12, 2018 at 02:30 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **300 Booth Street, Room 3087, Reno, NV 89509** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/11/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**