United States Bankruptcy Court
District of Nevada

In re:  
RANDALL M. GLASGOW, JR.  
CARRIE R. JACOBSON  
      Debtors

Case No. 18-50240-btb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-3      User: storylm      Page 1 of 1      Date Rcvd: Mar 09, 2018  
      Form ID: ofilingf      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
db/jdb      +RANDALL M. GLASGOW, JR.,    CARRIE R. JACOBSON,   1662 VICTORIAN AVENUE, APT. 26,   SPARKS, NV 89431-4821

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:  
      JERI COPPA-KNUDSON   renobktrustee@gmail.com, jcoppaknudson@ecf.epiqsystems.com  
      MARY BETH GARDNER   on behalf of Joint Debtor CARRIE R. JACOBSON marybethgardner@hotmail.com, SGYLAW@GMAIL.COM  
      MARY BETH GARDNER   on behalf of Debtor RANDALL M. GLASGOW, JR. marybethgardner@hotmail.com, SGYLAW@GMAIL.COM  
      U.S. TRUSTEE - RN - 7   USTPRegion17.RE.ECF@usdoj.gov  
      TOTAL: 4

NVB 1006 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

RANDALL M. GLASGOW JR.
    aka RANDY MICHAEL GLASGOW
    aka RANDALL M. JACOBSON
    aka RANDY GLASGOWJACOBSON
    aka RANDY JACOBSONGLASGLOW

CARRIE R. JACOBSON

Debtor(s)

BK–18–50240–btb
CHAPTER 7

ORDER GRANTING PAYMENT OF FILING
FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

The debtor(s) must pay the filing fee according to the following terms:

<u>You must pay....</u>     <u>On or before this date...</u>

**PLEASE NOTE:** Debtors cannot make filing fee payments with a personal check or personal credit card. The court only accepts the amounts specified in this order. Payments made in cash are not accepted.

|       | Amount   | Date    |
|-------|----------|---------|
|       | $ 80.00  | 3/12/18 |
|       | $ 80.00  | 5/7/18  |
|       | $ 80.00  | 6/6/18  |
|       | $ 95.00  | 7/6/18  |
| Total | $335.00  |         |

**PLEASE ALSO NOTE:** If the dates noted above fall on a day when the court is closed, the due date becomes the next business day.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

Dated: 3/9/18

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court