JERI COPPA-KNUDSON, TRUSTEE
3495 LAKESIDE DRIVE, BOX #62
RENO, NV. 89509
(775) 329-1528
renobktrustee@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

GLASGOW JR., RANDALL M.

JACOBSON, CARRIE R.

_____Debtor(s)_____ .

Case no: BK-N-18-50240-BTB

Chapter: 7

MOTION FOR EXTENSION OF TIME FOR FILING A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE FOR THE TRUSTEE AND THE UNITED STATES TRUSTEE

Hearing Date: **07/25/2018**
Hearing Time: **10:00 A.M.**
Est. Time Req.: **5 min.**

Jeri Coppa-Knudson, Chapter 7 trustee, hereby moves the Court for an order in which she and the United States Trustee may file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727.

This Motion is made and based upon the following points and authorities, any exhibits attached hereto, and the pleadings and papers on file herein, of which the Court is requested to take judicial notice.

## POINTS AND AUTHORITIES

I.  **Statement of Relevant Facts.**

1. The Debtor's filed a voluntary petition under Chapter 7 on March 8, 2018.

2. The Section 341(a) meeting of creditors was first set for April 12, 2018.

3. The current deadline to file a complaint objecting to discharge is June 11, 2018.

1

## II. Discussion.

Pursuant to Federal Rule of Bankruptcy Procedure 4004(b), the court may extend for cause, after hearing on notice, the time for filing a complaint objecting to discharge, if such motion is made before such time has expired.

Good cause exists in this case to extend the discharge deadline, including without limitation:

1. The 341 Meeting of Creditors has not been concluded.
2. Documents and/or information necessary to the review of this case have been requested and have not yet supplied..

The Trustee therefore requests an extension of the deadline to September 11, 2018.

## CONCLUSION

WHEREFORE it is respectfully requested that the Court grant this motion and grant such other and further relief as the Court deems appropriate.

DATED this 6th day of June 2018.

Respectfully submitted,
*/s/ Jeri Coppa-Knudson*
Jeri Coppa-Knudson, Trustee