```
 1 | JERI COPPA-KNUDSON, Trustee
   | 3495 LAKESIDE DRIVE, PMB #62
 2 | RENO, NV. 89509-4841
   | (775) 329-1528
 3 | renobktrustee@gmail.com
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO. BK-N-18-50240-BTB |
| GLASGOW JR., RANDALL M. | CHAPTER 7 |
| JACOBSON, CARRIE R. | NOTICE OF HEARING |
| Debtor. / | HEARING DATE: 07/25/2018<br>HEARING TIME: 10:00 A.M. |

  **NOTICE IS HEREBY GIVEN**, that Jeri Coppa-Knudson, Trustee in the above-entitled case, filed an MOTION FOR EXTENSION OF TIME FOR FILING A COMPLAINT OBJECTING TO THE DISCHARGE OF THE DEBTOR'S. That a hearing will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Reno, Nv. on July 25, 2018 at 10:00 A.M., to consider said Motion. The Motion sets forth that the Trustee is seeking an Order approving the extension of the deadline for filing a complaint objection to the discharge of the Debtor's.

  **NOTICE IS FURTHER GIVEN** that any opposition must be filed pursuant to Local Rule 9014(d)(1). Any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

  If you do object to the Motion, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the schedule hearing; and
- The court may rule against you without formally calling the matter at the hearing.

  Pursuant to Fed. R. Bankr.P. 9006(e) and (f), an opposition must be filed not more than eighteen (18) days after service of a motion if service of a motion is by mail.

**NOTICE IS FINALLY GIVEN** that a copy of the Motion is attached and can be obtained upon written request from Jeri Coppa-Knudson, Trustee, 3495 Lakeside Drive, PMB #62, Reno, Nv. 89509 or by accessing https://ecf.nvb.uscourts.gov.

DATED this 6th day of June 2018.

/s/ Jeri Coppa-Knudson

JERI COPPA-KNUDSON, TRUSTEE

1  **JERI COPPA-KNUDSON, TRUSTEE**
2  **3495 LAKESIDE DRIVE, BOX #62**
   **RENO, NV. 89509**
3  **(775) 329-1528**
   **renobktrustee@gmail.com**
4

5                    UNITED STATES BANKRUPTCY COURT
6                          DISTRICT OF NEVADA

7  In re:                              Case no: BK-N-18-50240-BTB
8                                      Chapter: 7
9  **GLASGOW JR., RANDALL M.**
                                       MOTION FOR EXTENSION OF TIME FOR
10 **JACOBSON, CARRIE R.**              FILING A COMPLAINT OBJECTING TO
                                       DEBTOR'S DISCHARGE FOR THE TRUSTEE
11                                     AND THE UNITED STATES TRUSTEE
12
                                       Hearing Date: **07/25/2018**
13            Debtor(s)   .            Hearing Time: **10:00 A.M.**
                                       Est. Time Req.: **5 min.**
14

15       Jeri Coppa-Knudson, Chapter 7 trustee, hereby moves the Court for an order in which

16 she and the United States Trustee may file a complaint objecting to the Debtor's discharge

17 pursuant to 11 U.S.C. §727.

18       This Motion is made and based upon the following points and authorities, any exhibits

19 attached hereto, and the pleadings and papers on file herein, of which the Court is requested to

20 take judicial notice.

21
                              **POINTS AND AUTHORITIES**
22

23    I.    **Statement of Relevant Facts.**

24    1. The Debtor's filed a voluntary petition under Chapter 7 on March 8, 2018.

25    2. The Section 341(a) meeting of creditors was first set for April 12, 2018.

26    3. The current deadline to file a complaint objecting to discharge is June 11, 2018.

27

28                                          1

## II. Discussion.

Pursuant to Federal Rule of Bankruptcy Procedure 4004(b), the court may extend for cause, after hearing on notice, the time for filing a complaint objecting to discharge, if such motion is made before such time has expired.

Good cause exists in this case to extend the discharge deadline, including without limitation:

1. The 341 Meeting of Creditors has not been concluded.
2. Documents and/or information necessary to the review of this case have been requested and have not yet supplied..

The Trustee therefore requests an extension of the deadline to September 11, 2018.

## CONCLUSION

WHEREFORE it is respectfully requested that the Court grant this motion and grant such other and further relief as the Court deems appropriate.

DATED this 6th day of June 2018.

Respectfully submitted,
*/s/ Jeri Coppa-Knudson*
Jeri Coppa-Knudson, Trustee

2

# CERTIFICATE OF SERVICE

1.  On June 6, 2018 I served the foregoing MOTION FOR EXTENSION OF TIME FOR FILING A COMPLAINT OBJECTING TO DEBTORS' DISCHARGE FOR THE TRUSTEE AND THE UNITED STATES TRUSTEE, and NOTICE OF HEARING.

2.  I served the above-named document (by the following means to the persons as listed below:

☑   a. ECF System :

   marybethgardner@hotmail.com

   USTPRegion17.RE.ECF@usdoj.gov

☑   b. U.S. Mail, postage fully prepaid (list persons and addresses):

MARY BETH GARDNER
360 ST. LAWRENCE AVE
RENO, NV  89509

GLASGOW JR., RANDALL M.
JACOBSON, CARRIE R.
1662 VICTORIAN AVENUE, APT. 26
SPARKS, NV  89431

I declare under penalty of perjury that the foregoing is true and correct.

   DATED this 6th day of June 2018.

                               /s/ Jeri Coppa-Knudson
                               Trustee

3