```
                            United States Bankruptcy Court
                                  District of Nevada

In re:                                                          Case No. 18-50240-btb
RANDALL M. GLASGOW, JR.                                         Chapter 7
CARRIE R. JACOBSON
         Debtors                   CERTIFICATE OF NOTICE

District/off: 0978-3        User: youngbloo        Page 1 of 2        Date Rcvd: Sep 20, 2018
                            Form ID: 318           Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db/jdb         +RANDALL M. GLASGOW, JR.,    CARRIE R. JACOBSON,    1662 VICTORIAN AVENUE, APT. 26,
                 SPARKS, NV 89431-4821
aty            +MARY BETH GARDNER,    620 EAST PLUMB LANE, #210,    RENO, NV 89502-3536
10416046       +CHARTER COMMUNICATIONS HEADQUARTERS,    ATTN: BANKRUPTCY DEPARTMENT,    12405 POWERSCOURT DRIVE,
                 SAINT LOUIS, MO 63131-3673
10369975       +CHECK INTO CASH,    2519 COFFEE ROAD, SUITE 101,    Modesto, CA 95355-2056
10369976       +CHECK INTO CASH, INC.,    2020 STANDIFORD AVE.,    Modesto, CA 95350-6533
10416047       +CJ AUTO SALES,    3832 ATCHISON STREET,    RIVERBANK, CA 95367-2559
10369980        DEPT OF CHILD SUPPORT SERVICES,    P. O. BOX 4189,    Modesto, CA 95352-4189
10369981       +FAST AUTO AND PAYDAY LOANS,    201 MCHENRY AVENUE, #A,    Modesto, CA 95354-0543
10369982       +GARY DEAN LOBEL, ESQ.,    1150 N. MAGNOLIA AVE.,    Anaheim, CA 92801-2605
10369983       +GRACE M. DAVIS HIGH SCHOOL,    1200 W. RUMBLE ROAD,    Modesto, CA 95350-2198
10416053        HUGHES NETWORK SYSTEMS,    ATTN: CREDIT DEPARTMENT,    P. O. BOX 3475,    TOLEDO, OH 43607-0475
10416054       +NATIONAL BUSINESS FACTORS,    969 MICA DRIVE,    CARSON CITY, NV 89705-7170
10416051        NORTHERN NEVADA EMERGENCY PHYSICIANS,    P. O. BOX 95728,    OKLAHOMA CITY, OK 73143-5728
10369986       +PACIFIC GAS AND ELECTRIC,    425 MARKET STREET,    San Francisco, CA 94105-2532
10369987       +PLAZA SERVICES,    110 HAMMOND DRIVE,    Atlanta, GA 30328-4806
10369988       +RONALD J. GREEN, ESQ.,    1150 N. MAGNOLIA AVE.,    Anaheim, CA 92801-2605
10369989       +SACRAMENTO SHERIFF'S DEPARTMENT,    ATTN: OFFICER SCOTT JONES,    3341 POWER INN ROAD, RM 313,
                 Sacramento, CA 95826-3835
10369990        SHIAO-WEN HUANG, ESQ.,    1150 N. MAGNOLIA AVE.,    Anaheim, CA 92801-2605
10369991        STANISLAUS COUNTY FAMILY SUPPORT,    108 CAMPUS WAY,    Modesto, CA 95350-5803
10369992       +STANISLAUS CREDIT CONTROL,    914 14TH STREET,    P. O. BOX 480,    Modesto, CA 95353-0480
10369994       +U.S. DEPARTMENT OF EDUCATION,    P.O. BOX 5609,    Greenville, TX 75403-5609
10369995        US DEPT ED/AFSA,    P. O. BOX 7202,    Utica, NY 13504-7202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJCOPPAKNUDSON.COM Sep 21 2018 05:58:00      JERI COPPA-KNUDSON,    3495 LAKESIDE DR,
                 PMB #62,    RENO, NV 89509-4841
ust             E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Sep 21 2018 01:54:35      U.S. TRUSTEE - RN - 7,
                 300 BOOTH STREET, STE 3009,    RENO, NV 89509-1362
10369973        EDI: BANKAMER2.COM Sep 21 2018 05:58:00      BANK OF AMERICA,    BANKRUPTCY DEPARTMENT,
                 475 CROSS POINT PKWY,    P. O. BOX 9000,    Getzville, NY 14068-9000
10369974       +E-mail/Text: BKNotices@medamerica.com Sep 21 2018 01:54:55
                 CALIF EMERGENCY PHYSICIANS MED, GRP.,    1601 CUMMINS DRIVE,    Modesto, CA 95358-6403
10369977        E-mail/Text: khorner@checkintocash.com Sep 21 2018 01:54:54      CHECK INTO CASH, INC.,
                 P. O. BOX 550,    Cleveland, TN 37364-0550
10369978       +Fax: 602-659-2196 Sep 21 2018 03:22:04      CHEX SYSTEMS, INC.,    7805 HUDSON ROAD, SUITE 100,
                 Saint Paul, MN 55125-1703
10369979       +E-mail/Text: compliance@contractcallers.com Sep 21 2018 01:55:02      CONTRACT CALLERS, INC.,
                 501 GREENE ST., SUITE 302,    Augusta, GA 30901-4415
10416048       +EDI: GMACFS.COM Sep 21 2018 05:58:00      GMAC AUTO FINANCE,    P. O. BOX 78234,
                 PHOENIX, AZ 85062-8234
10416049       +E-mail/Text: dleabankruptcy@hrblock.com Sep 21 2018 01:54:30      H&R BLOCK,    ONE H&R BLOCK WAY,
                 KANSAS CITY, MO 64105-1905
10416050       +E-mail/Text: BankruptcyNotices@hughes.com Sep 21 2018 01:54:29      HUGHESNET,
                 11717 EXPLORATION LANE,    GERMANTOWN, MD 20876-2711
10369971       +EDI: IRS.COM Sep 21 2018 05:58:00      INTERNAL REVENUE SERVICE,    ATTN:BANKRUPTCY DEPARTMENT,
                 STOP 5028,    110 CITY PARKWAY,    Las Vegas, NV 89106-6085
10369984       +E-mail/Text: BKnotice@LobelFinancial.com Sep 21 2018 01:54:40      LOBEL FINANCIAL,
                 P. O. BOX 3000,    Anaheim, CA 92803-3000
10369985       +E-mail/Text: BKnotice@LobelFinancial.com Sep 21 2018 01:54:40      LOBEL FINANCIAL CORP.,
                 1150 N. MAGNOLIA AVENUE,    Anaheim, CA 92801-2605
10369972        E-mail/Text: tax-bankruptcy@tax.state.nv.us Sep 21 2018 01:54:46      NEVADA DEPT. OF TAXATION,
                 555 E. WASHINGTON ST., #1300,    Las Vegas, NV 89101-1046
10416052        EDI: AISTMBL.COM Sep 21 2018 05:58:00      T-MOBILE BANKRUPTCY TEAM,    P. O. BOX 53410,
                 BELLEVUE, WA 98015
10369970       +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Sep 21 2018 01:54:35      UNITED STATES TRUSTEE,
                 300 BOOTH STREET,    Reno, NV 89509-1360
10369993        EDI: USBANKARS.COM Sep 21 2018 05:58:00      U.S. BANK,    BANKRUPTCY/RECOVERY DEPT,
                 P. O. BOX 5229,    Cincinnati, OH 45201
10369996        EDI: VERIZONCOMB.COM Sep 21 2018 05:58:00      VERIZON WIRELESS,    P. O. BOX 650051,
                 Dallas, TX 75265-0051
10369997       +EDI: WFFC.COM Sep 21 2018 05:58:00      WELLS FARGO BANK,    BANKRUPTCY DEPARTMENT,
                 P.O. BOX 3908,    Portland, OR 97208-3908
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0978-3          User: youngbloo            Page 2 of 2                   Date Rcvd: Sep 20, 2018
                              Form ID: 318               Total Noticed: 41

aty*            +JERI COPPA-KNUDSON,    3495 LAKESIDE DR,    PMB #62,    RENO, NV 89509-4841
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              JERI   COPPA-KNUDSON    renobktrustee@gmail.com,   jcoppaknudson@ecf.epiqsystems.com
              JERI   COPPA-KNUDSON    on behalf of Trustee JERI   COPPA-KNUDSON renobktrustee@gmail.com,
               jcoppaknudson@ecf.epiqsystems.com
              MARY BETH GARDNER    on behalf of Joint Debtor CARRIE R. JACOBSON marybethgardner@hotmail.com,
               SGYLAW@GMAIL.COM
              MARY BETH GARDNER    on behalf of Debtor RANDALL M. GLASGOW, JR. marybethgardner@hotmail.com,
               SGYLAW@GMAIL.COM
              U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **RANDALL M. GLASGOW JR.** | Social Security number or ITIN   xxx–xx–0304 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **CARRIE R. JACOBSON** | Social Security number or ITIN   xxx–xx–5648 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Nevada** | | |
| Case number:   **18–50240–btb** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

RANDALL M. GLASGOW JR.
aka RANDY MICHAEL GLASGOW, aka
RANDALL M. JACOBSON, aka RANDY
GLASGOWJACOBSON, aka RANDY
JACOBSONGLASGLOW

CARRIE R. JACOBSON
fka CARRIE R. STEELE, fka CARRIEE R.
MUNCILL

9/20/18

**By the court:**   Mary A. Schott
Clerk of Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318　　　　　　　　　**Order of Discharge**　　　　　　　　　page 2