NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                          BK–18–50240–btb
                                                CHAPTER 7
RANDALL M. GLASGOW JR.
    aka RANDY MICHAEL GLASGOW
    aka RANDALL M. JACOBSON
    aka RANDY GLASGOWJACOBSON               FINAL DECREE
    aka RANDY JACOBSONGLASGLOW

CARRIE R. JACOBSON
    fka CARRIE R. STEELE
    fka CARRIEE R. MUNCILL

_____
                                   Debtor(s)


The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that JERI COPPA–KNUDSON is discharged as trustee of the estate.

This Chapter 7 case is closed.


Dated: 9/24/18

                                    Mary A. Schott
                                    Clerk of Court